# ICE RECEIPT
# COMPLAINT NUMBER WSPF-2016-21695
# * * * ICRS CONFIDENTIAL * * *

**To:** LOCKETT, JEREMY B. - #511912
UNIT: _CR2 -- _225_L
WISCONSIN SECURE PROGRAM FACILITY
BOSCOBEL, WI

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 10/06/2016 |
| Date Complaint Received: | 10/06/2016 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Claims he is being denied his medication. |

This is to acknowledge the complaint you filed and which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 20 working days of acknowledgement. A decision will be made by the appropriate reviewing authority within 10 working days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

# ICE REJECTION
# COMPLAINT NUMBER WSPF-2016-21695
# * * * ICRS CONFIDENTIAL * * *

**To:** LOCKETT, JEREMY B. - #511912
UNIT: _CR2 -- _225_L
WISCONSIN SECURE PROGRAM FACILITY
BOSCOBEL, WI

**Complaint Information: REJECTED**

| | |
|---|---|
| Date Complaint Acknowledged: | 10/06/2016 |
| Date Complaint Received: | 10/06/2016 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Claims he is being denied his medication. |
| Rejection Comment: | The issue raised in this complaint has been addressed through the inmate's prior use of the ICRS (DOC 310.11(5)(g), Wis. Adm. Code). WSPF-2016-21590 |
| Rejection Code: | Previously addressed |
| Decision Date: | 10/26/2016 |

Inmate Contacted? No

*E. Ray*

E. Ray - Institution Complaint Examiner

Per DOC 310.11(6), you may appeal the rejection of this complaint within 10 calendar days to the appropriate reviewing authority. The reviewing authority will only review the basis for the rejection of this complaint, not the merits of the complaint.

If you wish to appeal, complete form DOC 2182 Request for Review of Rejected Complaint and send to:

> INSTITUTION COMPLAINT EXAMINER
> WISCONSIN SECURE PROGRAM FACILITY
> 1101 MORRISON DRIVE
> P.O. BOX 1000
> BOSCOBEL, WI 53805-1000

The reviewing authority's decision is final pursuant to s. DOC 310.11(6), Wis. Adm. Code.

Print Date: October 26, 2016     Page 1 of 1     Institution Complaint Examiner's Office
** ICRS CONFIDENTIAL **
Case 1:17-cv-00691-WCG   Filed 06/15/18   Page 2 of 7   Exhibit 1051 p. 002



# State of Wisconsin
### Department of Corrections
## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | October 06, 2016 |
| Date Complaint Received: | October 06, 2016 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Claims he is being denied his medication. |

**ICE Rejection Information:** (Signed on 10/26/16 8:17:13AM):

| | |
|---|---|
| ICE's Summary of Facts: | The issue raised in this complaint has been addressed through the inmate's prior use of the ICRS (DOC 310.11(5)(g), Wis. Adm. Code). WSPF-2016-21590 |
| ICE's Recommendation: | Rejected - Previously addressed |
| ICE's Recommendation Date: | October 26, 2016 |



# State of Wisconsin
### Department of Corrections
## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER WSPF-2016-21695

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 10/06/2016 8:37:40AM | Jessica Kramer | WSPF | 511912 | 10/06/2016 10:08:19AM | Jessica Kramer |
| ICE Rejection | 10/26/2016 8:17:13AM | Ellen Ray | WSPF | 511912 | 10/26/2016 10:05:49AM | Jessica Kramer |

DEPARTMENT OF CORRECTIONS
Office of the Secretary
DOC-400 (Rev 1/2016)

WISCONSIN
Administrative Code
Chapter DOC 303 32 & 310

# INMATE COMPLAINT

**OFFICE USE ONLY**

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| OCT 0 6 2016 | 04 | WSPF-2016-21695 |

**INSTRUCTIONS FOR INMATE:** COMPLETE ALL SECTIONS OF FORM  Do not use a highlighter or marker on this form  The form may be returned to you if you submit an incomplete form or if you do not follow the instructions  Print clearly, illegible forms will not be processed  See reverse side for more information

| INMATE NAME (if group complaint, enter name of spokesperson) | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Jeremy Lockett | 511912 | Charlie/225 | WSPF |

| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| Charlie Unit | 10-4-16 | |

ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:

**BRIEFLY STATE WHO OR WHAT IS THE ONE ISSUE OF THIS COMPLAINT?**

I am being denied the correct medication.

**PRIOR TO SUBMITTING THIS COMPLAINT, HOW DID YOU ATTEMPT TO RESOLVE YOUR ONE ISSUE AND WITH WHOM?**

I wrote to HSU

**WHAT WAS THE RESULT OF YOUR ATTEMPT TO RESOLVE THE ONE ISSUE?**

I was told that the nurse/practitioner will not give me Oxycodones only tylenol-3's.

**WHAT ARE THE DETAILS SURROUNDING THIS COMPLAINT?**

I was sent to the hospital for sickel-cell which is considered a serious medical need and because most medications don't work for this medical need. The boscobel hospital prescribed me 5mg of Oxycodones (4) pills every (4) hours and I received (4) pills at 12:30 am an then (4) more pills at 6:10 am then at 10:38 am Nurse Anderson came to my door with Tylenols-3's (2) of them and she stated that N/P said they will not give Lockett the medication (Oxycodone's 5 mg) and if this is not eough you have to deal with it you are in prison. Lockett was sent to the boscobel hospital for a reason one was because the institution could not handle the situation. The Tylenol-3's don't work for the pain and the N/P knows this so now the N/P is just intentionally violating the plaintiff's rights knowing that he he is suffering in pain with no relief except medication that do not work. The Doctor at boscobel hospital prescribed the medication for a reason.

Young V. Harris, 509 F.Supp.1111,1113(S.D.N.Y. 1981)(Plaintiff could not walk without substantial difficulty and discomfort)

McElligott V. Foley, 182 F.3d 1248,1256-57(11th cir.1999)(holding failure to treat severe pain could constitute deliberate indifferent). Lockett is having a sickel-cell crisis in his leg so he can't walk and/or lay down because he is in constant pain because of being denied the right pain medication.

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| /s/ Jeremy Lockett | 10-5-16 |

Continue on reverse if more space is needed.

DISTRIBUTION  Original – ICTS (Electronic), Official Record – ICE Office Designated File

DEPARTMENT OF CORRECTIONS
Office of the Secretary
DOC-400 (Rev 1/2016)

WISCONSIN
Administrative Code
Chapter DOC 303 32 & 310

_____
_____
_____
_____
_____
_____
_____
_____
_____

**ACTION REQUESTED**

I would like to be prescribed the right medication so that I am not in the pain that I am in right now and rights are not violated which are clearly being violated right now.

## INSTRUCTIONS FOR COMPLETING THE INMATE COMPLAINT FORM

All inmates are required to follow the chain of command. You must speak with appropriate staff in an effort to informally resolve your issue before filling out this form. If you have not done so, the Institution Complaint Examiner (ICE) may direct you to, prior to accepting the complaint. The Department of Corrections (DOC) shall not exclude impaired, handicapped, illiterate or Limited English Proficiency (LEP) inmates from full participation in the Inmate Complaint Review System (ICRS).

1. Complaints filed by an inmate or group of inmates shall:
   a) Be typed or written legibly on forms supplied for that purpose. The facility shall make these forms accessible to inmates
   b) Include the original inmate signature
   c) Not contain language that is obscene, profane, abusive, or threatens others, unless such language is necessary to describe the factual basis of the substance of the complaint
   d) Be filed only under the name by which the inmate was committed to the department or the legal name granted by a court.
   e) Contain only one issue per complaint, and shall clearly identify the issue
2. Inmates may not file more than two complaints per calendar week, except that the ICE may waive this limit for good cause. The ICE shall exclude from this limit, sexual abuse and sexual harassment or PREA complaints, and complaints that raise health and personal safety issues.
3. An inmate shall file a complaint within 14 calendar days after the occurrence giving rise to the complaint, except that the ICE may accept a late complaint for good cause
4. Use of the ICRS is confidential, however, confidentiality may be waived if the security, safety or health of the institution or any person is involved
5. If your complaint contains a false statement, making that false statement outside the ICRS constitutes the offense of DOC 303 32. Lying about an employee.

**NOTE:** The ICRS is governed by the rules in chapter DOC 310, Wisconsin Administrative Code. For more information on using the ICRS, please review this chapter.

All sexual abuse and sexual harassment complaints submitted to the ICRS shall be immediately redirected and referred for a sexual abuse and / or sexual harassment investigation

The ICE will acknowledge your complaint with an ICE Receipt, or return the complaint to you for correction or with further instructions, within 5 working days of receiving your complaint submission

**DISTRIBUTION**  Original – ICTS (Electronic), Official Record – ICE Office Designated File

| DEPARTMENT OF CORRECTIONS | | WISCONSIN |
|---|---|---|
| Division of Adult Institutions | | Administrative Code |
| DOC-2182 (Rev 1/2010) | OCT 3 1 2016 | Chapter DOC 310 |

# REQUEST FOR REVIEW OF REJECTED COMPLAINT

DOC 310.11(6), Wis Adm Code: "An inmate may appeal a rejected complaint within 10 calendar days only to the appropriate reviewing authority who shall only review the basis for the rejection of the complaint. The reviewing authority's decision is final."

**INSTRUCTIONS:**
1. Prepare an original and one copy of this request. Please print or type
2. Sign and date form.
3. Keep the copy of this request for your records.
4. Send the original to the <u>Institution Complaint Examiner specified on the DOC-402 ICE Rejection</u> form you received.

**This form is not to be submitted to the Corrections Complaint Examiner**

| OFFENDER NAME | DOC NUMBER | INSTITUTION (Abbreviate) | COMPLAINT FILE NUMBER |
|---|---|---|---|
| Jeremy Lockett | 511912 | WSPF | WSPF-2016-21695 |

STATE BRIEFLY WHY YOU DISAGREE WITH THE REASON FOR THE REJECTION OF YOUR COMPLAINT

Disagree with the Decision because they Refused to follow the Doctors order intentionally to keep me in pain

SIGNATURE OF OFFENDER: [signed]

DATE SIGNED: 10-30-16